**STATE of Missouri, Plaintiff/Respondent,**

v.

**Bonnie HUFF, Defendant/Appellant.**

**No. 60086.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 23, 1992.

R. Christine Stallings, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

### ORDER

PER CURIAM.

Defendant appeals her convictions and sentences on two counts of sale of methamphetamine, a controlled substance. We affirm. We have reviewed the record and find the claims of error are without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order pursuant to Rules 30.25(b).